UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re: DWIGHT EARL JONES,           Case No. 1:17-cv-735

                                    Dlott, J.
                                    Bowman, M.J.

**REPORT AND RECOMMENDATION**

On November 19, 2019, the Court entered judgment denying Appellant Dwight Jones appeal and affirming the decision of the Bankruptcy Court. (Doc. 11). Now before the Court are motions by the appellant for a new trial under Federal Rule of Civil Procedure 59(a) and motion to for reconsideration. (Docs. 16, 17).

The Federal Rules of Civil Procedure do not provide for a motion for reconsideration. If filed within ten days of judgment, the district court may treat the motion as one to alter or amendment judgment pursuant to Rule 59(e). *Westerfield v. United States*, 366 Fed. Appx. 614, 619 (6th Cir. 2010). A Rule 59(e) motion "may be granted to correct a clear error of law; to account for newly discovered evidence or an intervening change in the controlling law; or to otherwise prevent manifest injustice." *Id.* Appellant's motions are not well-taken.

Notably, Appellant's motions were not filed within 10 days of judgment. More importantly, Appellant has not presented any new arguments or evidence which would lead this Court to conclude that a 59(a) motion is well-taken. For these reasons, it is herein **RECOMMENDED** that Appellant's motions (Docs. 16, 17) be **DENIED**.

                                    *s/ Stephanie K. Bowman*
                                    Stephanie K. Bowman
                                    United States Magistrate Judge

#### UNITED STATES DISTRICT COURT
#### SOUTHERN DISTRICT OF OHIO
#### WESTERN DIVISION

In re: DWIGHT EARL JONES,　　　　　　　Case No. 1:17-cv-735

　　　　　　　　　　　　　　　　　　　　　Dlott, J.
　　　　　　　　　　　　　　　　　　　　　Bowman, M.J.

### NOTICE

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report and Recommendation ("R&R") within **FOURTEEN (14) DAYS** of the filing date of this R&R.  That period may be extended further by the Court on timely motion by either side for an extension of time.  All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections.  A party shall respond to an opponent's objections within **FOURTEEN (14) DAYS** after being served with a copy of those objections.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  See *Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).