IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**In Re**
Dwight Earl Jones

Case Number: 1:17cv735

**Interested Party**
U.S. Bankruptcy Court

Judge Susan J. Dlott

**Appellant**
Dwight Earl Jones

## ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on July 23, 2020 a Report and Recommendation (Doc. 18). Subsequently, the appellant filed objections to such Report and Recommendation (Doc. 19).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, Appellant's motions were not filed within 10 days of judgment. Appellant has not presented any new arguments or evidence which would lead this Court to conclude that a 59(a) motion is well-taken. Therefore, Appellant's motions (Docs. 16 and 17) are DENIED.

IT IS SO ORDERED.

_____
Susan J. Dlott
United States District Judge