IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: Dwight Earl Jones, | : | Case No. 1:17-cv-735 |
| | : | |
| Appellant. | : | Judge Susan J. Dlott |
| | : | |
| | : | Order |

On November 1, 2017, Appellant Dwight Earl Jones filed this pro se action appealing the decision of the United States Bankruptcy Court denying his motion to vacate and set aside the order dismissing his case for failure to provide the Trustee information to conduct a 341 meeting. (Doc. 1.)  The Magistrate Judge reviewed the pleadings and issued a Report and Recommendation on September 23, 2109, which the Court adopted on November 19, 2019.  (Doc. 10.)

Appellant has since filed a variety of petitions for relief with the Court which have been denied, either summarily or for being untimely and/or without merit.  (Doc. 12, 14, 16, 17, 21.) On October 26, 2020, Appellant filed two additional petitions, which are lengthy and difficult to understand. (Doc. 23, 24.)  For instance, Appellant's latest filing is titled: "Amended Writ of Error Coram Nobis; Conflict of Variance of Law Order of General Reference 09/30/2020 transaction; Withdrawal of autograph/signature from General deposit and Redeposit sutograph/signature [sic] under special deposit and Letter of Rogatory."  (Doc. 24.)

Dealing with the volume of filings in this closed case is diverting the Court's limited resources to a matter that is resolved and no longer before it.  In short, these filings amount to harassment and/or nuisance filings.  **No further filings in this case will be tolerated**. Accordingly, Appellant's most recent petitions (Doc. 23, 24) are **DENIED**, and the Clerk of Court

is hereby **DIRECTED** to refuse and return without filing, all further filings received by Appellant in this matter.

  **IT IS SO ORDERED**.

                S/Susan J. Dlott_____
                Judge Susan J. Dlott
                United States District Court